UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CALNAN, WILLIAM MACNEIL, MICHAEL DWELLEY, WILLIAM ROGG, RUSSELL BOWDEN, NICK GALLAGHER, DON ELKINS, STEPHEN HORGAN, and MARTIN HERATY, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br>v.<br><br>VEOLIA ENERGY NORTH AMERICA, L.L.C.,<br>          Defendant. | Civil Action No. 12-cv-11412-WGY |

ORDER CONDITIONALLY CERTIFYING SETTLEMENT CLASS AND
AUTHORIZING PARTIES TO SEND NOTICES OF CLASS ACTION,
PRELIMINARY SETTLEMENT AND TO SEND CONSENT FORMS TO PUTATIVE
FLSA CLASS MEMBERS

The parties have jointly moved for certification of a settlement class pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3) and for certification of a settlement collective class pursuant to 29 U.S.C.§ 216 and now seek to send certain notices to putative Rule 23 class members and putative FLSA collective class members and consent forms to potential class members pursuant to 29 U.S.C.§ 216(b). The court orders as follows:

(1) I certify a settlement class comprised of the following persons: current and former mechanics, auxiliary operators, and control operators employed in Massachusetts by Veolia Energy North America, L.L.C. at any time between August 1, 2009 and

November 2, 2012, and who were entitled to shift differential payments in a week when overtime payment was required pursuant to the Massachusetts Overtime Law, M.G.L. c 151, §1B pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3);

(2) I certify a settlement collective class comprised of the following persons: current and former mechanics, auxiliary operators, and control operators employed in Massachusetts by Veolia Energy North America, L.L.C. at any time between August 1, 2009 and November 2, 2012, and who were entitled to shift differential payments in a week when overtime payment was required pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. §201 *set seq.*

(3) I authorize the parties to send notice of the class action, notice of the collective class action, the preliminary settlement, along with consent forms per 29 U.S.C.§ 216(b) as to Fair Labor Standards Act claims in the form provided to the court by the parties with their submission.

*William G. Young*
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

Dated: *Jan. 14, 2013*