IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL CALNAN, WILLIAM MACNEIL, MICHAEL DWELLEY, WILLIAM ROGG, RUSSELL BOWDEN, NICK GALLAGHER, DON ELKINS, STEPHEN HORGAN, and MARTIN HERATY, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>VEOLIA ENERGY NORTH AMERICA, L.L.C.,<br>                Defendant. | Civil Action No.: 12-cv-11412-WGY<br><br><br>NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND COSTS |

      **PLEASE TAKE NOTICE** that Plaintiffs, Michael Calnan, William MacNeil, Michael Dwelley, William Rogg, Russell Bowden, Nick Gallagher, Don Elkins, Stephen Horgan, and Martin Heraty, individually and on behalf of the Class and Collective, by and through the undersigned counsel, move before this Honorable Court for an order to award Plaintiffs' counsel fees and cost.

      **PLEASE TAKE NOTICE** that Plaintiffs' counsel have met and conferred with the defense cousel that Defendant will not oppose this motion.

      **PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs shall rely upon the accompanying Memorandum of Law, Affidavits and Exhibits attached thereto.

Dated:  June 26, 2013                    RESPECTFULLY SUBMITTED,

MICHAEL CALNAN, WILLIAM MACNEIL, MICHAEL DWELLEY, WILLIAM ROGG, RUSSELL BOWDEN, NICK GALLAGHER, DON ELKINS, STEPHEN HORGAN, and MARTIN HERATY,

By: _____
Jason T. Brown
Steven Bennett Blau
Shelly A. Leonard
Blau Brown & Leonard LLC
224 West 30th Street, Suite 1205
New York, New York 10001

-AND-

John Fink Esq, (BBO #683290)
AttorneyFink@ForghanyLaw.com
Forghany Law P.C.
1 Canal St. suite 201 Lawrence MA 01840

## CERTIFICATE OF SERVICE

I, Zijian Guan, hereby certify that this document(s) filed on June 26, 2013 through the ECF system, will be served electronically through the ECF System to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on June 26, 2013.

_____
Zijian Guan